UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OSCAR THOMAS,

    Petitioner,

v.                                         CASE NO. 6:05-cv-1407-Orl-19DAB

JAMES CROSBY, JR., et al.,

    Respondents.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 17, 2005, the Court ordered Petitioner to file a fully completed affidavit of indigency and a copy of his prison account records (Doc. No. 6). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice. The Court notes, however, that the dismissal without prejudice does not excuse Petitioner from the one year period of limitation for raising a habeas corpus petition in the federal courts. *See* 28 U.S.C. § 2244(d).

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this __10th__ day of November, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 11/10
Oscar Thomas